■ In the Matter of the Claim of BERNICE HULL, Appellant. COMMISSIONER OF LABOR, Respondent. [986 NYS2d 372]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 30, 2012, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Rose and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.